UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON ERIC SONNTAG, | ) | 3:09-CV-0637-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 22, 2010 |
| | ) | |
| KENNETH GURRIES, et al., | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion to enjoin pursuant to FRCP 42 and 22, motion to consolidate ancillary complaints 1 & 2 with Sonntag v. Gurries, 3:09-CV-0637 & 3:08-CV-0481 (#21) is **DENIED**. Plaintiff's case number 3:08-CV-0481-LRH (RAM) was dismissed on March 11, 2010 for failure to state a claim upon which relief can be granted (#26). On June 14, 2010, the Ninth Circuit Court of Appeals affirmed the District Court's judgment stating that the questions raised in the appeal were "so insubstantial as not to require further argument" (#34). Plaintiff will not be permitted to resurrect that case in the present action.

    **IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                              By:          /s/
                                                Deputy Clerk