# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON ERIC SONNTAG, | ) | 3:09-CV-0637-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 3, 2011 |
| | ) | |
| KENNETH GURRIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:** THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** LISA MANN         **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for judgment on the pleadings (#40). Defendants' moved to strike the motion as a fugitive document because it was filed before the pleadings are closed pursuant to Fed.R.Civ.P. 12(c) (#43). Plaintiff filed an "alternative" reply (#46), and defendants replied to the "alternative" reply (#47).

Defendants' motion to strike (#43) is **GRANTED**. Plaintiff's motion for judgment on the pleadings (#40) is hereby **STRICKEN**. Plaintiff shall have leave to refile a motion for judgment on the pleadings *after* the pleadings are closed.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk