```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

         JAN - 3 2011

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JASON ERIC SONNTAG, | 3:09-CV-0637-ECR (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 28, 2010 |
| KENNETH GURRIES, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to strike fugitive document (#25). Defendants opposed the motion (#28). No reply was filed.

By this motion, plaintiff is seeking to have defendants' opposition to plaintiff's motion to consolidate cases (#23) stricken. Plaintiff's motion to strike fugitive document (#25) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: ___/s/_____
Deputy Clerk