```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

            JAN - 3 2011

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON ERIC SONNTAG, | ) | 3:09-CV-0637-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 28, 2010 |
| | ) | |
| KENNETH GURRIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for declaratory relief, motion for default judgment, sanctions, contempt of court, and conspiracy to defraud (#30). Defendants' opposed the motion (#34). No reply was filed. Defendants filed a motion to dismiss on October 18, 2010 (#26); therefore, they are not in default. Plaintiff's motion (#30) is **DENIED**.

Plaintiff filed a second motion for default (#41), which defendants' moved to strike (#44) as redundant to plaintiff's motion (#30). No opposition was filed to the motion to strike. Defendants' motion to strike (#44) is **GRANTED**. Plaintiff's second motion for default (#41) is redundant and is hereby **STRICKEN**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
       Deputy Clerk