```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

| | | |
|---|---|---|
| JASON ERIC SONNTAG, | ) | 3:09-CV-00637-ECR-VPC |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: January 4, 2011 |
| | ) | |
| GURRES, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN       Reporter:    NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING

MINUTE ORDER IN CHAMBERS

On December 14, 2010, the Magistrate Judge filed a Report and Recommendation (#48) recommending that Defendants' Motion to Dismiss (#26), filed on October 18, 2010, be denied. No objections were timely filed to the Report and Recommendation (#48).

**IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#48) is well taken and is **APPROVED** and **ADOPTED**. It appears that Plaintiff has complied with the exhaustion requirements in accordance with the applicable rules.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (#26), filed on October 18, 2010, is **DENIED**.

LANCE S. WILSON, CLERK

By      /s/
    Deputy Clerk