# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON ERIC SONNTAG, | ) | 3:09-CV-0637-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 28, 2011 |
| | ) | |
| KENNETH GURRIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   LISA MANN     **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for enlargement of time in which to respond to plaintiff's motion for summary judgment (#61) is **GRANTED**. Defendants shall have to and including **Monday, May 30, 2011** to file an opposition to plaintiff's motion for summary judgment (#55). There will be no further extensions of this order.

Plaintiff's motion to vacate un-served extension of time motion #61 (#69) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
     Deputy Clerk