# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON ERIC SONNTAG, | ) | 3:09-CV-0637-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 4, 2011 |
| | ) | |
| KENNETH GURRIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:**   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   <u>     LISA MANN     </u>      **REPORTER:** <u>NONE APPEARING </u>

**COUNSEL FOR PLAINTIFF(S):** <u>NONE APPEARING                              </u>

**COUNSEL FOR DEFENDANT(S):** <u>NONE APPEARING                              </u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is plaintiff's petition for entry of summary judgment and writ of execution (#59), defendants' motion to strike document #59 (#65), plaintiff's opposition (#68), and defendants' reply (#72).

     Defendants were granted an extension of time to file an opposition to plaintiff's motion for summary judgment (#74).  Therefore, defendants' motion to strike plaintiff's petition for entry of summary judgment and writ of execution #59 (#65) is **GRANTED**.  Plaintiff's petition for entry of summary judgment and writ of execution (#59) is hereby **STRICKEN**.

    **IT IS SO ORDERED.**

                                                                            LANCE S. WILSON, CLERK

                                        By:<u>      /s/                                    </u>
                                                          Deputy Clerk