1  CATHERINE CORTEZ MASTO
   Attorney General
2  SUSAN E. LEE
   Deputy Attorney General
3  Nevada Bar No. 7420
   Bureau of Litigation
4  100 No. Carson St.
   Carson City, NV  89701-4717
5  Tel: 775-684-1264

6  *Attorneys for Defendants*
   *James Baca, James Benedetti, Dave Carroll,*
7  *Chip Fulcher, Kenneth Gurries, James Kelly,*
   *John Mays, and Matthew Sturm*
8

9
                    **UNITED STATES DISTRICT COURT**
10
                        **DISTRICT OF NEVADA**
11

12
   JASON ERIC SONNTAG,              )         Case No.  3:09-cv-00637-ECR-VPC
13                                  )
                        Plaintiff,  )         ORDER GRANTING MOTION TO FILE
14                                  )         IN CAMERA AND UNDER SEAL
   v.                               )         DOCUMENTS IN SUPPORT OF
15                                  )         DEFENDANTS' MOTION AND
   KENNETH GURRIES, et al.          )         OPPOSITION #88
16                                  )         (
                        Defendants. )
17  _____)

18        Defendants, James Baca, James Benedetti, Dave Carroll, Chip Fulcher, Kenneth

19  Gurries, James Kelly, John Mays, and Matthew Sturm, by and through counsel, Catherine

20  Cortez Masto, Attorney General of the State of Nevada, and Susan E. Lee, Deputy Attorney

21  General, move to file Exhibits A, C and G in support of Defendants' Motion for Summary

22  Judgment and Opposition to Plaintiff's Motion for Summary Judgment *in camera*.  Defendants

23  also move to file Exhibits E and F in support of Defendants' Motion for Summary Judgment and

24  Opposition to Plaintiff's Motion for Summary Judgment under seal.  Defendants file their Motion

25  for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment

26  concurrently herewith.

27        Defendants seek to file Exhibit A, consisting of Nevada Offender Tracking Information

28  System (NOTIS) Investigation Detail Report, and Exhibit B, consisting of Plaintiff's NOTIS

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

                                        1

1   case notes, *in camera*.  These documents are confidential in nature pursuant to

2   Administrative Regulation 560.03(2)(A) ("access to [inmate record files] should be on a need

3   to know basis"), 568.05(1) ("normally inmates will not be provided with copies of documents

4   maintained by the Department") and 569.02(12) ("Department records, filed and information

5   pertaining to an individual inmate which are not specifically approved for release in the

6   regulation are confidential").

7          Defendants also seek to file Exhibits E and F, consisting of Nevada Department of

8   Corrections (NDOC) Administrative Regulations (AR) 407 and 405 respectively, *under seal*.

9   AR 407 outlines the use of handcuffs and restraints.  AR 405 outlines the use of force within

10  the NDOC.  The Board of Prison Commissioners has determined that these documents are to

11  be kept confidential in the interest of safety and security of the institutions, the staff and the

12  inmates.

13         Finally, Defendants seek to file Exhibit G, consisting of Plaintiff's medical records, *in*

14  *camera*.  Plaintiff's medical records are confidential documents pursuant to NRS 629.061 and

15  Administrative Regulation 639.  While a plaintiff may waive that confidentiality, the Plaintiff in

16  this case has not provided a waiver.  Accordingly, Defendants seek to file Plaintiff's medical

17  records *in camera* to prevent their entry into the public record and to protect Plaintiff's

18  confidentiality.  Additionally, Plaintiff is not allowed to have medical records in his cell.

19         Defendants will send a copy of the *in camera* Exhibits A, C, and G to Warm Springs

20  Correctional Center, where Plaintiff is currently housed, with instructions to maintain the

21  records in a safe and secure place outside of Plaintiff's cell and to permit Plaintiff to review

22  the *in camera* Exhibits A, C, and G by appointment.  Plaintiff must kite[1] the Warden's Office to

23  view these documents.  Accordingly, Plaintiff will be able to review and respond to Exhibits A,

24  C, and G.  As stated above, due to safety and security concerns, Plaintiff will not be permitted

25  to view the *under seal* Exhibits E and F.

26  / / /

27  _____

28  [1]  A "kite" is an Inmate Request Form which inmates use to correspond with prison officials and administrative or medical staff.

1    Based upon the foregoing, Defendants respectfully request that their Motion to file *in*

2   *camera and under seal* documents in support of Defendants' Motion for Summary Judgment

3   and Opposition to Plaintiff's Motion for Summary Judgment be granted.

4    Dated this 27th day of May, 2011.

5                                      CATHERINE CORTEZ MASTO
                                       Attorney General
6

7                              By:  *Susan E. Lee*
                                    _____
8                                      SUSAN E. LEE
                                       Deputy Attorney General
9                                      Bureau of Litigation

10                                     *Attorneys for Defendants*

11   IT IS ORDERED granting Defendants' Motion to File in Camera and Under
     Seal Documents in Support of Motion #88.
12

13   DATED this 31st day of May 2011.

14

15

16                             *Edward C. Reed.*

17                             UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28