UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON ERIC SONNTAG, | Case No. 3:09-cv-00637-ECR-VPC |
| Plaintiff, | |
| vs. | ORDER |
| KENNETH GURRIES, et al., | |
| Defendant. | |

The Magistrate Judge filed a Report and Recommendation (#121) on Defendants' Motion for Summary Judgment (#88) recommending that the motion be granted in part and denied in part and that Plaintiff's Motion for Summary Judgment be denied. The Report and Recommendation is well taken and is **APPROVED** and **ADOPTED**.

Therefore, IT IS ORDERED as follows:

Plaintiff's Motion for Summary Judgment (#55) is **DENIED**.

Defendant's Motion for Summary Judgment (#88) is **GRANTED** as to Defendant Benedetti;

Defendants' Motion for Summary Judgment (#88) be **GRANTED** as to all Defendants in their official capacities;

Defendants' Motion for Summary Judgment (#88) be **GRANTED** as to all other claims.

1      IT IS FURTHER ORDERED that docket numbers 94, 95, 97, 98, 106, 113,
2 114, 116, and 117 are denied as moot.
3      The Court finds that Defendants' Objections (#129) to the Report and
4 Recommendation are deficient and are therefore overruled.
5      However, Defendants may submit a second motion for summary judgment
6 with properly authenticated evidence within 28 days.

8      Dated this 14th day of September 2011.

_____
EDWARD C. REED, JR.
United States District Judge