UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON ERIC SONNTAG, | ) | Case No. 3:09-cv-00637-ECR-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED ORDER |
| vs. | ) | |
| | ) | |
| KENNETH GURRIES, et al., | ) | |
| Defendant. | ) | |

The Order of this Court (#132) filed on September 15, 2011, is amended to read as follows:

The Magistrate Judge filed a Report and Recommendation (#121) on Defendants' Motion for Summary Judgment (#88) recommending that the motion be granted in part and denied in part and that Plaintiff's Motion for Summary Judgment be denied. The Report and Recommendation is well taken and is **APPROVED** and **ADOPTED**.

Therefore, IT IS ORDERED as follows:

Plaintiff's Motion for Summary Judgment (#55) is **DENIED**.

Defendant's Motion for Summary Judgment (#88) is **GRANTED** as to Defendant Benedetti;

Defendants' Motion for Summary Judgment (#88) be **GRANTED** as to all

1 Defendants in their official capacities;

2 Defendants' Motion for Summary Judgment (#88) be **DENIED** as to all
3 other claims.

4 IT IS FURTHER ORDERED that docket numbers 94, 95, 97, 98, 106, 113,
5 114, 116, and 117 are denied as moot.

6 The Court finds that Defendants' Objections (#129) to the Report and
7 Recommendation are deficient and are therefore overruled.

8 However, Defendants may submit a second motion for summary judgment
9 with properly authenticated evidence within 28 days.

11 Dated this 20th day of September 2011.

*Edward C. Reed.*
EDWARD C. REED, JR.
United States District Judge