UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| JASON ERIC SONNTAG )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GURRES, et al )<br>)<br>)<br>Defendant. )<br>_____) | 3:09-cv-0637-ECR-VPC<br><br><u>ORDER OF DISMISSAL WITHOUT</u><br><u>PREJUDICE PURSUANT TO RULE 4(m)</u><br><u>FEDERAL RULES OF CIVIL</u><br>    PROCEDURES |

Plaintiff, Jason Eric Sonntag, having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: Bengstrom, NNCC, and Singletary.

DATED this ___17___ day of __Nov.__, 20_11_.

_____
EDWARD C. REED
UNITED STATES DISTRICT JUDGE