UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON ERIC SONNTAG, | ) | 3:09-CV-0637-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 22, 2011 |
| | ) | |
| KENNETH GURRIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for *in camera* and *under seal* documents in support of defendants' second motion for summary judgment (#139).  No opposition was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Therefore,

**IT IS ORDERED** that defendants' motion for *in camera* and *under seal* documents in support of defendants' motion for summary judgment (#139) is **GRANTED**.  The exhibits (#140 & #141) are filed and shall remain under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
              Deputy Clerk