## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON ERIC SONNTAG, | ) | 3:09-CV-0637-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 3, 2012 |
| | ) | |
| KENNETH GURRIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's complaint was properly screened by the court and filed in July 2010 (#12). Defendants responded by filing a motion to dismiss (#26), which was denied (#54). Defendants then filed a motion for summary judgment (#88), which was also denied (#135). Defendants followed with a second motion for summary judgment (#138), which was also denied in part (#161).

Plaintiff is correct that no scheduling order was issued in this case and discovery has not taken place. Therefore, plaintiff's motion for a scheduling order (#158) is **GRANTED in part**. The court will issue a scheduling order contemporaneously with this order. The court **DENIES** plaintiff's request to order depositions, and **DENIES** plaintiff's request for felony charges to be issued.

Defendants' motion for extension of time to file pretrial order (#162) is **DENIED as moot** because the pretrial order is not due at this time. Defendants shall have to and including **Friday, July 13, 2012** to file an answer in this case. **No extensions of time shall be granted.**

   IT IS SO ORDERED.

                                          LANCE S. WILSON, CLERK

                                    By:      /s/
                                          Deputy Clerk