UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON ERIC SONNTAG, | ) | 3:09-CV-0637-RCJ (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 19, 2014 |
| | ) | |
| KENNETH GURRIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff filed a motion for clarification (#216) which is largely illegible.  It is not clear to the court what clarification plaintiff is seeking.  Defendants' motion to strike (#218) this document is **GRANTED**.  Plaintiff's motion for clarification (#216) is hereby deemed **STRICKEN.**

    Plaintiff also filed a motion to strike (#217) a proposed joint pretrial order that was mailed to him by defendants for his review and input.  Defendants' motion to strike (#218) this document is also **GRANTED**.  The proposed pretrial order is not yet filed on the docket.

    Plaintiff filed a second motion to strike (#221) the proposed joint pretrial order.  Defendants responded to the motion (#221).  No reply was filed.  Plaintiff's second motion to strike (#221) the proposed joint pretrial order is **DENIED**.  No proposed joint pretrial order has been filed.

    Defendants' motion for enlargement of time to file joint pre-trial order (#222) is **GRANTED**.  The parties shall have to and including **Friday, June 6, 2014** to file a proposed joint pretrial order.  If the parties find that filing a joint proposed pretrial order is impossible, they shall indicate their efforts to file a joint document and then file unilateral proposed pretrial orders.

    **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
Deputy Clerk