CATHERINE CORTEZ MASTO
Attorney General
PAUL T. YOUNG
Deputy Attorney General
Nevada Bar No. 12529
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel:  (775) 684-1136
E-mail: pyoung@ag.nv.gov

Attorneys for Defendants
*Dave Carroll, Kenneth Gurries,*
*James Kelly and John Mays*

Jason Eric Sonntag, #95579
P.O. Box 20223
Reno, NV 89515

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON ERIC SONNTAG,<br><br>        Plaintiff,<br><br>v.<br><br>KENNETH GURRIES, et al.,<br><br>        Defendants. | Case No.  3:09-cv-00637-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    It is stipulated and agreed by and between Plaintiff, Jason Eric Sonntag, *pro se*, and Defendants, Dave Carroll, Kenneth Gurries, James Kelly and John Mays ("Defendants"), by and through their counsel, Catherine Cortez Masto, Attorney General of the State of Nevada,

/ / /

/ / /

/ / /

/ / /

/ / /

and Paul T. Young, Deputy Attorney General, that Plaintiff's Civil Rights Complaint (Docket No. 12) be dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

JASON ERIC SONNTAG
Plaintiff

By: _____          Date: 6/27/2014
JASON ERIC SONNTAG
*Pro Se*

CATHERINE CORTEZ MASTO
Attorney General

By: _____          Date: July 7, 2014
PAUL T. YOUNG
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

**ORDER FOR DISMISSAL WITH PREJUDICE**

Having considered the preceding STIPULATION FOR DISMISSAL WITH PREJUDICE, as agreed to by the parties hereinabove, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Dated this 15th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 7th day of July, 2014, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to the following:

JASON ERIC SONNTAG, #95579
P.O. BOX 20223
RENO  NV  89515

*/s/ Vandy Fiedler*
An employee of the
Office of the Attorney General